UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 11-6437-GW(DTBx) | Date | November 2, 2011 |
|---|---|---|---|
| Title | *Chris Kohler v. YNS Shopping Plaza, LLC, et al.* | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Javier Gonzalez | None Present | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**PROCEEDINGS (IN CHAMBERS):**   ORDER RE: ORDER TO SHOW CAUSE RE: SETTLEMENT

On October 31, 2011, Plaintiff Chris Kohler filed a Notice of Settlement. The Court, on its own motion, sets an Order to Show Cause re Settlement hearing for **December 15, 2011 at 8:30 a.m.**

Counsel are advised that the order to show cause will be vacated and no appearance will be required provided that a Notice of Dismissal, is filed by noon on December 14, 2011.

:

Initials of Preparer   JG